UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CARUSO,<br><br>                              Plaintiff,<br><br>v.<br><br>ENCORCE CAPITOL GROUP, et. al.<br><br>                              Defendants. | Case No.: 23cv00573 JAH-BGS<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND [ECF No. 11]** |

On June 7, 2023, Plaintiff filed a motion for leave to file a first amended complaint. Defendant filed a non-opposition to the motion. The Court vacated the hearing on the motion and took the matter under submission.

A party may amend a pleading once as a matter of course within 21 days after serving a pleading or 21 days after service of a responsive pleading or motion, and may otherwise amend by leave of court. FED.R.CIV.P. 15(a). Granting leave to amend rests in the sound discretion of the trial court. *International Association of Machinists & Aerospace Workers v. Republic Airlines*, 761 F.2d 1386, 1390 (9th Cir. 1985). This discretion must be guided by the strong federal policy favoring the disposition of cases on the merits. *DCD Programs Ltd. v. Leighton*, 833 F.2d 183, 186 (9th Cir. 1987). Because Rule 15(a) favors a liberal

policy, the nonmoving party bears the burden of demonstrating why leave to amend should not be granted. *Genetech, Inc. v. Abbott Laboratories*, 127 F.R.D. 529 (N.D. Cal. 1989).

Plaintiff seeks to amend to add three credit reporting agencies to his first amended complaint and to state the facts of the case, the relief requested, and the statutory violations in a more detailed and clear manner. Good cause appearing, **IT IS HEREBY ORDERED** Plaintiff's unopposed motion for leave to amend is **GRANTED**. The Clerk of the Court shall file Plaintiff's amended complaint attached to the motion as the First Amended Complaint.

DATED: October 24, 2023

_____
JOHN A. HOUSTON
United States District Judge